IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | 1:09-cv-02233-OWW-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT, PREJUDICE, FOR FAILURE TO PAY FILING FEE (Doc. 4.) |
| vs. | |
| KLIEWER, et al., | ORDER DIRECTING CLERK TO CLOSE CASE |
| Defendants. | |

Tony Blackman ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2010, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within fifteen days. (Doc. 4.) Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated: February 12, 2010         /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE